No. 05–456. MEMOREX PRODUCTS, INC., ET AL. *v.* SANDISK CORP. C. A. Fed. Cir. Certiorari denied.

No. 05–462. HUERTAS *v.* CITY OF PHILADELPHIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–476. KORN *v.* SOUTHFIELD CITY CLERK. Ct. App. Mich. Certiorari denied.

No. 05–485. YEAGER *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 05–490. PSIHOYOS ET AL. *v.* NATIONAL GEOGRAPHIC ENTERPRISES, INC., ET AL.;

No. 05–504. WARD *v.* NATIONAL GEOGRAPHIC ENTERPRISES, INC., ET AL.; and

No. 05–506. FAULKNER ET AL. *v.* NATIONAL GEOGRAPHIC SOCIETY ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–499. JMYK, P. C., ET AL. *v.* WASHINGTON STATE BAR ASSN. C. A. 9th Cir. Certiorari denied.

No. 05–503. SYLVER *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 05–537. FROTHINGHAM *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. 4th Cir. Certiorari denied.

No. 05–564. SHANNON *v.* ARIZONA DEPARTMENT OF ECONOMIC SECURITY VOCATIONAL REHABILITATION SERVICES ADMINISTRATION. C. A. 9th Cir. Certiorari denied.

No. 05–599. BRAUN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5027. MCDONALD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.